```
          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**ROBERT L. MACE and CYNTHIA D. MACE,**

    Plaintiffs,

v.                                    Civil Action No. 17-cv-3919

**WRIGHT NATIONAL FLOOD INSURANCE COMPANY,**

    Defendant.

## JUDGMENT ORDER

In accordance with the court's memorandum opinion and order this day entered it is ORDERED that judgment be, and hereby is, awarded in favor of the defendant and against the plaintiffs, and this case is stricken from the docket.

The Clerk is directed to forward copies of this judgment order to all counsel of record and any unrepresented parties.

                              ENTER: January 4, 2019

                              John T. Copenhaver, Jr.
                              Senior United States District Judge